IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 12-cv-02655-RBJ

ERIC SODERQUIST,

    Plaintiff,

v.

ELIZABETH EUSTIS,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE FOREGOING Stipulation for Dismissal with Prejudice having been submitted by the parties;

The Court, being fully advised in the premises, hereby orders that the above-captioned civil action is dismissed with prejudice, with each party to pay its own attorney fees and costs.

DONE AND SIGNED this 21st day of October, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge